CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**AUG 11 2020**

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMY JACK CLIFTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00350 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DUFFIELD REGIONAL JAIL | ) | |
| MEDICAL ADMINISTRATOR, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Plaintiff Jimmy Jack Clifton, a Virginia inmate proceeding pro se, filed a civil action pursuant to 42 U.S.C. § 1983, against the "Duffield Regional Jail Medical Administrator." Clifton alleges that he was hospitalized for ten days while in the custody of the Duffield Regional Jail and that he subsequently received numerous bills for services from the hospital. Clifton argues that his medical care at the hospital "is supposed to be covered under insurance thr[ough] the jail." Clifton alleges that the debt has "damage[d]" his credit score and that debt collectors are contacting him for payment.

To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. West v. Atkins, 487 U.S. 42 (1988). By order entered July 13, 2020, the court conditionally filed Clifton's complaint, advised him that the complaint failed to state a claim against the defendant, and gave Clifton the opportunity to amend the complaint. (See ECF No. 5.) Clifton did not respond to the court's order. Inasmuch as Clifton has not alleged any facts against or

conduct committed by defendant and has not alleged a violation of a federal right, I conclude

that Clifton's complaint fails to state a cognizable federal claim. Accordingly, I will dismiss this

action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

     **ENTERED** this 11ᵗʰ day of August, 2020.

SENIOR UNITED STATES DISTRICT JUDGE